968 A.2d 224

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Oliver FOSTER, Respondent.**

Supreme Court of Pennsylvania.

March 5, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 5th day of March 2009, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Did the Superior Court err in determining that [Respondent's] challenge to the application of a mandatory minimum sentence was a non-waivable challenge to the legality of the sentence despite the fact that the sentence did not exceed the statutory maximum sentence for the crime of which he was convicted?